*IT IS SO ORDERED AS MODIFIED*
*Virginia K. DeMarchi*
*Judge Virginia K. DeMarchi*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TWITTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. | Case No. 5:20-cv-02397-LHK<br><br>**JOINT STATEMENT REGARDING REVISED [PROPOSED] PROTECTIVE ORDER**<br><br>MODIFIED BY THE COURT |
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. | Case No. 5:20-cv-02460-LHK<br><br>Re: Dkt. No. 56 |
| AT&T CORP., AT&T SERVICES, INC., AND AT&T MOBILITY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. | Case No. 5:20-cv-02995-LHK<br><br>Re: Dkt. No. 56 |
| CELLCO PARTNERSHIP d/b/a/ Verizon Wireless,<br><br>Plaintiff,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. | Case No. 5:20-cv-03092-LHK<br><br>Re: Dkt. No. 50 |

1

JOINT STATEMENT REGARDING
REVISED [PROPOSED] PROTECTIVE ORDER
Case Nos. 5:20-cv-02397-LHK; -02460-LHK; -02995-LHK; -03092-LHK

Plaintiffs Twitter, Inc., Apple Inc., AT&T Corp. et al., and Cellco Partnership d/b/a Verizon Wireless and Defendant VoIP-Pal.com, Inc. (collectively, the "Parties") submit this Joint Statement Regarding a revised Proposed Protective Order.

The Parties submit a revised Proposed Protective Order, attached as Exhibit A.[1]  The revised Proposed Protective Order conforms with the Court's October 30, 2020 order resolving the Parties' disputes regarding the Protective Order and adopts the Court's proposed language defining the scope of the prosecution bar.  *See* 5:20-cv-02397-LHK, D.I. 46; 5:20-cv-02460-LHK, D.I. 53; 5:20-cv-02995-LHK, D.I. 53; 5:20-cv-03092-LHK, D.I. 47.  The Parties respectfully request that the Court adopt and order the revised Proposed Protective Order (Exhibit A).

DATED: November 13, 2020

By: ___/s/ Gene W. Lee___
Gene W. Lee

PERKINS COIE LLP
Sarah Fowler (Bar No. 264838)
Amisha Manek (Bar No. 305163)
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
SFowler@perkinscoie.com
AManek@perkinscoie.com

PERKINS COIE LLP
Gene W. Lee (admitted *pro hac vice*)
Thomas Matthew (admitted *pro hac vice*)
1155 Avenue of the Americas, 22nd floor
New York, NY 10112
Telephone: (212) 262-6900
GLee@perkinscoie.com
TMatthew@perkinscoie.com

*Attorneys for Plaintiff Twitter, Inc.*

---

[1] The Parties also provide a copy of the revised Proposed Protective Order that identifies the changes made in response to the Court's October 30, 2020 order, attached as Exhibit B.

| | |
|---|---|
| 1 | By: */s/ Ameet A. Modi*<br>Ameet A. Modi |
| 2 | DESMARAIS LLP |
| 3 | John M. Desmarais (Bar No. 320875)<br>Ameet A. Modi (Bar No. 331660) |
| 4 | Peter C. Magic (Bar No. 278917)<br>101 California Street, Suite 3070 |
| 5 | San Francisco, CA 94111<br>Telephone: (415) 573-1900 |
| 6 | Facsimile: (415) 573-1901<br>jdesmarais@desmaraisllp.com |
| 7 | amodi@desmaraisllp.com<br>pmagic@desmaraisllp.com |
| 8 | DESMARAIS LLP |
| 9 | Joze F. Welsh (admitted *pro hac vice*)<br>Raymond N. Habbaz (admitted *pro hac vice*) |
| 10 | 230 Park Avenue<br>New York, NY 10169 |
| 11 | Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401 |
| 12 | jwelsh@desmaraisllp.com<br>rhabbaz@desmaraisllp.com |
| 13 | |
| 14 | *Attorneys for Plaintiff Apple Inc.* |
| 15 | By: */s/ Roger Fulghum* |
| 16 | Roger Fulghum |
| 17 | BAKER BOTTS LLP<br>Sarah J. Guske (Bar No. 232467) |
| 18 | 101 California Street, Suite 3600<br>San Francisco, CA 94111 |
| 19 | Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300 |
| 20 | sarah.guske@bakerbotts.com |
| 21 | BAKER BOTTS LLP<br>Jon V. Swenson (Bar No. 233054) |
| 22 | 1001 Page Mill Road Bldg. One, Suite 200<br>Palo Alto, CA 94304 |
| 23 | Telephone: (650) 739-7500<br>Facsimile: (650) 739-7600 |
| 24 | jon.swenson@bakerbotts.com |
| 25 | BAKER BOTTS LLP<br>Roger Fulghum (admitted *pro hac vice*) |
| 26 | 910 Louisiana Street<br>Houston, TX 77002 |
| 27 | Telephone: (713) 229-1707<br>Facsimile: (713) 229-2707 |
| 28 | roger.fulghum@bakerbotts.com |

|   |   |
|---|---|
| 1 | BAKER BOTTS LLP |
| 2 | Samir A. Bhavsar (admitted *pro hac vice*) |
|   | 2001 Ross Avenue |
| 3 | Dallas, Texas 75201 |
|   | Telephone: (214) 953-6500 |
| 4 | Facsimile: (214) 953-6503 |
|   | samir.bhavsar@bakerbotts.com |

BAKER BOTTS LLP
Samir A. Bhavsar (admitted *pro hac vice*)
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
samir.bhavsar@bakerbotts.com

BAKER BOTTS LLP
Lauren J. Dreyer (admitted *pro hac vice*)
700 K Street, N.W.
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
lauren.dreyer@bakerbotts.com

*Attorneys for Plaintiffs AT&T Corp. et al.*

By: _____/s/ William A. Hector_____
William A. Hector

VENABLE LLP
Frank C. Cimino, Jr. (admitted *pro hac vice*)
Megan S. Woodworth (admitted *pro hac vice*)
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
fccimino@venable.com
mswoodworth@venable.com

VENABLE LLP
William A. Hector (Bar No. 298490)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
wahector@venable.com

*Attorneys for Plaintiff Cellco Partnership d/b/a Verizon Wireless*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By:    */s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III

HUDNELL LAW GROUP P.C.
Lewis E. Hudnell, III (Bar. No. 218736)
Nicolas S. Gikkas (Bar No. 189452)
800 W. El Camino Real Suite 180
Mountain View, CA 94040
Telephone: (650) 564-3698
Facsimile: (347) 772-3034
lewis@hudnelllaw.com
nick@hudnelllaw.com

*Attorneys for Defendant VoIP-Pal.com, Inc.*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

DATED: November 13, 2020                                    */s/ Ameet A. Modi*