UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**VOIP-PAL.COM, INC.**<br><br>　　　　　Defendant. | Case No.  21-cv-2769-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable James Donato to consider whether it is related to *Twitter, Inc.*, *v. VOIP-Pal.Com, Inc.*, 20-cv-2397-JD.

**IT IS SO ORDERED.**

Dated: January 26, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**